```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
      EASTERN DIVISION
```

| | | |
|---|---|---|
| EMMA SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 4:11 CV 1735 RWS |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on Emma Sander's appeal from an adverse ruling of the Social Security Administration. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Terry I. Adelman, who filed his Report and Recommendation on February 8, 2013. Judge Adelman recommended that the Commissioner's decision to deny benefits be affirmed. Judge Adelman found that the Administrative Law Judge's determination that Plaintiff was not entitled to benefits was supported by substantial evidence in the record.

Any objections to Judge Adelman's Report and Recommendation had to be filed by February 22, 2013. Neither of the parties has filed an objection as of today's date.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge Adelman [#25] is **SUSTAINED, ADOPTED AND INCORPORATED** herein. The Commissioner of Social Security's decision to deny Disability Insurance Benefits and Supplemental Security Income benefits to Plaintiff is affirmed.

                                                                             RODNEY W. SIPPEL
                                                                             UNITED STATES DISTRICT JUDGE

Dated this 27th day of March, 2013.